IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JO ANN SANDOVAL | § | |
| | § | |
| V. | § | Civil Action No. SA-20-CV-0051-XR |
| | § | |
| BBVA, USA | § | |

## DEFENDANT'S ORIGINAL COUNTERCLAIM

Defendant, BBVA USA ("**Defendant**" "**BBVA**" or "**Counter-claimant**") files its Original Counterclaim complaining of Plaintiff/Counter-Defendant, Jo Ann Sandoval ("**Plaintiff**" or "**Counter-Defendant**"), and for cause of action would respectfully show unto the Court as follows:

## PARTIES

1.      Defendant/Counterclaimant has made an appearance herein.

2.      Plaintiff/Counter-Defendant is an individual residing in Bexar County, Texas and has made an appearance herein. This Court has personal jurisdiction over all of the parties and subject matter and jurisdiction over the following causes of action.

## FACTS

3.      Plaintiff initiated this lawsuit for the sole purpose of delaying foreclosure. Plaintiff is past due for the January 1, 2016 mortgage payment and all subsequent payments due under the subject loan.[1]

4.      BBVA seeks to recover funds lost due to Plaintiffs' breach of contract, specifically Plaintiffs failure to make payments under a purchase money mortgage. BBVA also seeks a judgment authorizing foreclosure from this Court in order to avoid additional lawsuits

---

[1] Plaintiff's last payment was made on August 8, 2019, which was applied to the December 1, 2015 loan payment.

930505.20200108/3525553.1

and delays caused by any future lawsuits by Plaintiff designed to stall foreclosure on a loan with significant loan defaults.

5.      The property which is the subject of this lawsuit is described by its physical address of 4606 Silver River, San Antonio, Texas 78222, as more particularly described in the subject Deed of Trust as:

> **Lot 1, Block 3, New City Block 10851, IDA Creek Subdivision, As Addition to the City of San Antonio, Bexar County, Texas according to the Map or Plat thereof, Recorded in Volume 9564, Page 171, Deed and Plat Records of Bexar County, Texas.**

(the "**Property**").

6.      On or about June 2, 2011, Plaintiff executed a Note ("**Note**") made payable to BBVA USA, f/k/a Compass Bank ("**BBVA**") and its assigns. *See* the Note, attached hereto as Exhibit A. In the Note, Plaintiff promised to pay the principal amount of $177,012.00, plus interest as set forth in the Note. *See id.*

7.      The indebtedness was secured by a Deed of Trust ("**Deed of Trust**") executed by Plaintiff and her husband, Martin G. Sandoval, on June 2, 2011 establishing a first lien on the Property.[2] *See* the Deed of Trust, attached hereto as Exhibit B. The Deed of Trust is recorded in the real property records of Bexar County, Texas as Document No. 20110095870. *See id.* The Note and Deed of Trust are collectively referred to as the "**Loan Documents**."

8.      Neither Plaintiff, nor anyone on her behalf has paid the installment payment due under the Note for January 1, 2016 and all installments due under the Note after that date.

9.      Accordingly, Plaintiff has defaulted on her payment obligations under the Note and Deed of Trust and remain in default. Pursuant to the terms and conditions of the Note and at

---

[2] Martin G. Sandoval is not a party to the Note, but executed the Deed of Trust as Plaintiff's spouse, as required under Texas law.

930505.20200108/3525553.1

the election of the payee, BBVA, the entire unpaid principal balance and interest on the Note was to become payable and immediately due at the BBVA's option on default.

10.     Among other notices of default, on October 9, 2019, BBVA sent Notice of Default and Intent to Accelerate to Plaintiff and her husband, Martin G. Sandoval, via certified mail to Plaintiff's last known address.  *See* the Notice of Default and Intent to Accelerate, attached hereto as Exhibit C.

11.     On December 5, 2019, while the payment obligations under Loan remained in default, Notice of Acceleration and Trustee's Sale was provided to Plaintiff and Martin G. Sandoval via certified mail.  *See* the Notice of Acceleration and Trustee's Sale, attached hereto as Exhibit D.  In addition, the payment obligations under the Loan Documents have been legally accelerated by the filing of this action seeking judgment authorizing foreclosure.

12.     Defendant has complied with all conditions precedent to the relief sought herein, including all required notices of default and acceleration.

13.     Plaintiff remains in default under the terms of the Loan Documents and despite demand has refused to cure such defaults or to pay the accelerated balance due under the Loan Documents.  Defendant files this action for breach of contract and seeks an order authorizing foreclosure and declaration of BBVA's right to conduct a non-judicial foreclosure sale and is entitled to a judgment authorizing a foreclosure sale to be conducted under the terms of the Security Instrument, Texas Property Code §51.002 and applicable law as well as a declaration of its right to foreclose on the Property.

## CAUSES OF ACTION

14.     Paragraphs 1-13 are incorporated herein by reference.  BBVA sues Plaintiff for breach of contract.  By failing to make monthly payments for over four years, Plaintiff breached the Loan Documents.  As a result of nonpayment, BBVA has suffered damages from defending

and enforcing its rights in this action. Defendant has complied with all conditions precedent to recovery herein.

16. Defendant also seeks a judgment which includes an order authorizing foreclosure under the Deed of Trust and Texas Property Code §51.002 and applicable law and declaratory relief specifying Defendant's right to same.

16. Pursuant to the terms and conditions of the Loan Documents and at the election of the Defendant, the entire unpaid principal balance and interest on the Note was to become Defendant and immediately due at the BBVA's option on Plaintiff's default.

17. Despite all required notices, Plaintiff remains in default on her payment obligations under the Note and has failed to pay the accelerated amount of the debt. Therefore, BBVA brings these claims against Plaintiff for an order authorizing foreclosure and a declaration of BBVA's right to same. BBVA also seeks its attorneys' fees and costs in the amount of at least $5,500.00, which BBVA has a right to recover under the terms of the Loan Documents.

**Prayer**

WHEREFORE, PREMISES CONSIDERED, Defendant prays that it recover judgment against Plaintiff for the following:

a. Plaintiff take nothing by reason of the claims as alleged by him;

b. The Court issue Final Judgment which includes an order authorizing foreclosure and declaring Defendant's right to foreclose and authorizing foreclosure under the Security Instrument and Texas Property Code §51.002;

c. Defendant be awarded its attorneys' fees and costs; and

    d.    For such other and further relief to which this Court deems it to be justly

entitled.

                          Respectfully submitted,

By: */s/ William P. Huttenbach*
        William P. Huttenbach
        Southern District of Texas I.D. No. 21742
        State Bar No. 24002330
        HIRSCH & WESTHEIMER, P.C.
        1415 Louisiana, 36th Floor
        Houston, Texas 77002
        713-223-5181
        713-223-9319 Fax
        phuttenbach@hirschwest.com

        **ATTORNEY-IN-CHARGE FOR
DEFENDANT, BBVA USA F/K/A
COMPASS BANK**

OF COUNSEL:

Kristina L. Cunningham
State Bar No. 24049712
Southern District of Texas I.D. No. 3101941
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
713-223-5181 Main
713-223-9319 Fax
kcunningham@hirschwest.com

930505.20200108/3525553.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2020, a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with **Federal Rule of Civil Procedure 5(b)** and/or by **E-File Delivery** as follows:

> Robert C. Newark, III
> A Newark Firm
> 1341 Mockingbird Lane, Ste 600W
> Dallas, TX 75247
> office@newarkfirm.com
> ***Service via CM/ECF and Email***

*/s/ Kristina L. Cunningham*
Kristina L. Cunningham

930505.20200108/3525553.1