IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JO ANN SANDOVAL,<br>　　　　*Plaintiff*,<br><br>v.<br><br>BBVA, USA,<br>　　　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-20-CV-00051-XR |

## **REMAND ORDER**

On this date, the Court considered the status of this case. Plaintiff Jo Ann Sandoval ("Plaintiff") brings suit against Defendant BBVA, USA ("Defendant") to prevent foreclosure, alleging causes of action for negligence, breach of contract, and violations of the Texas Property Code. ECF No. 1-4. Defendant removed the case to this Court on January 14, 2020, alleging federal question jurisdiction. ECF No. 1. Specifically, Defendant pled in its Notice of Removal that "it appears Plaintiff is alleging violations of Real Estate Settlement Procedures Act…and violations of unnamed provisions and/or regulations of the Consumer Financial Protection Bureau." *Id. ¶* 7. Defendant did not assert diversity jurisdiction as a basis for removal.

This Court held a status conference in this case on April 9, 2020, in which the Court expressed concern about whether or not it has subject matter jurisdiction in this case. The parties conceded that, to the extent Plaintiff's Original Petition does assert a claim under RESPA or any other federal law, it would be subject to dismissal under Rule 12(b)(6). FED. R. CIV. P. 12(b)(6).

As discussed in open court, the Court finds that Plaintiff's mere mention of RESPA or other federal laws in her Original Petition is insufficient to state a claim upon which relief may be granted. Dismissal of any such federal claim is therefore appropriate. *See Carroll v. Fort James*

1

*Corp.*, 470 F.3d 1171, 1177 (5th Cir. 2006) (deciding that *sua sponte* dismissal for failure to state a claim is appropriate "as long as the procedure employed is fair" and the plaintiff has notice and an opportunity to respond). Also as discussed in open court, the Court finds that remand of the remaining state causes of action is appropriate. *See* 28 U.S.C. 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.")

    Accordingly, the Court **DISMISSES** without prejudice any federal claim asserted in Plaintiff's Original Petition and **REMANDS** the remaining state law causes of action. The Clerk is **DIRECTED** to mail a certified copy of this Order to the clerk of the 288th Judicial District Court of Bexar County, Texas.

    It is so **ORDERED**.

    **SIGNED** this 9th day of April, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE